In the Matter of the Judicial Settlement of the Accounts of Proceedings of FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Testamentary Trustee under the Last Will and Testament of LYDIA SMITH BENTON, Deceased, of the Trust Created Therein for the Benefit of FRANCES DIXON MAYNARD.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See *ante*, p. 56.]

ERNST IRON WORKS, INCORPORATED, Respondent, v. DURALITH CORPORATION, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

LAURABELLE GREGG SELOVER, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Ninth Judicial Settlement of the Accounts of the Trustees under the Will of NELSON BEARDSLEY, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. F. J. MUMM CONTRACTING COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOHN M. QUEENY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

AUSTIN L. SMITH, Respondent, v. ABE COHEN and Another, Defendants, and ROCHESTER RAILWAYS CO-ORDINATED BUS LINES, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

VALERA SMITH, an Infant, by AUSTIN L. SMITH, Her Guardian ad Litem, Respondent, v. ABE COHEN and Another, Defendants, and ROCHESTER RAILWAYS CO-ORDINATED BUS LINES, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

NELLIE STELL, as Administratrix, etc., of GEORGE M. STELL, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23395.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

EDWARD H. O'HARA, Appellant, v. JOHN N. DERSCHUG, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.